**The BABCOCK & WILCOX COMPANY,**
Assignee of the Interference Parties
Rothemund and Koch, Appellee,

v.

**COMBUSTION ENGINEERING, INC.,**
Assignee of the Interference Parties
Powell, Schroedter, Clayton and Knust,
Appellant.

**No. 263, Docket 32974.**

United States Court of Appeals,
Second Circuit.

Argued Nov. 21, 1968.

Decided Nov. 21, 1968.

Arthur S. Tenser, New York City (Brumbaugh, Graves, Donohue & Raymond, New York City, Ralph G. Elliot, Alcorn, Bakewell & Smith, Hartford, Conn., on the brief), for appellant.

Roland T. Bryan, Stamford, Conn. (Haynes N. Johnson, Robertson, Bryan, Parmelee & Johnson, Stamford, Conn., Joseph M. Maguire, New York City, on the brief), for appellee.

---

Before KAUFMAN and ANDERSON, Circuit Judges, and TENNEY, District Judge.[*]

PER CURIAM:

We affirmed in open court [1] the decision of the District Court on the opinion of Judge Zampano, reported at 314 F.Supp. 235 (D.Conn.1968).